## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ellen Lair<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　　　　　Movant<br>　　　vs.<br>Ellen Lair<br>　　　　　　　　　Debtor(s) | NO. 19-12240 elf |
| Scott Waterman<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this  30th  day of   July   , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 649 Philadelphia Road, Easton, PA 18042 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**