UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                               :

ELLEN LAIR

                                                           : Chapter 13

           Debtor(s)                                          : Bankruptcy No. 19-12240ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 29, 2019**

_____
Eric L. Frank,
U.S. Bankruptcy Judge